## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **March 12, 2020** |
| **TIME:** | **3:00 p.m.** |
| **DOCKET NUMBER(S):** | **CV 19-5284 (ENV)** |
| **NAME OF CASE(S):** | **Poulmentis v. Plaza Patisserie, Inc. et al** |
| **FOR PLAINTIFF(S):** | **Errington** |
| **FOR DEFENDANT(S):** | **Morrision** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

**By May 1, 2020, defendants will produce all records of hours worked by plaintiff and wages paid to him.**

**Plaintiff will provide a damages chart promptly after receiving these documents.**

**THIS ACTION IS REFERRED TO THE COURT'S FLSA MEDIATION PANEL for mediation on or after May 1, 2020.**