# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                    Telephone: (212) 317-1200
New York, New York 10165                                          Facsimile: (212) 317-1620
_____

June 18, 2020

**VIA ECF**

Hon. Steven M. Gold
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Poulmentis v. Plaza Patisserie et al., 19-cv-05284

Dear Judge Gold:

We are attorneys for Plaintiffs. We write jointly with Defendants' counsel to update the Court as to the status of the instant case pursuant to Your Honor's order of June 11th, 2020. The parties have decided on a mediator and are working to schedule a remote mediation.

Respectfully Submitted,

*/s/Clela A. Errington.*
Clela Errington, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.

*Attorneys for Plaintiff*

cc: Gregory Nahas, Esq. via ECF