

August 6, 2020

Hon. Steven M. Gold
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

           RE: Poulmentis v. Plaza Patisserie, *et al*.
              Docket No. 1:19-cv-05284

To the Honorable Court:

  The parties have met and conferred and write jointly pursuant to Your Honor's June 22, 2020 Status Report Order to advise the Court of this matter's Mediation Status.

  The parties have agreed upon a Mediator and have been engaged in discussions regarding scheduling. We currently anticipate engaging in remote Mediation in early to mid September.

  Respectfully submitted,

**PARDALIS & NOHAVICKA, LLP**

/s/ *Gregory A. Nahas*
Gregory A. Nahas, Esq. (GN1002)
*Attorneys for Defendants*
PLAZA PATISSERIE and CHRIS KOUVAROS
950 Third Avenue, 25th Floor
New York, NY 10022
Tel: 212.213.8511 | Fax: 718.777.0599
greg@pnlawyers.com

**MICHAEL FAILLACE & ASSOCIATES, P.C.**

/s/ *Clela Errington, Esq.*

Clela Errington, Esq.
*Attorneys for Plaintiff*
NICHOLAS POULMENTIS
60 East 42nd Street, Ste. 4510
New York, NY 10165
Tel: 212.317.1200 | Fax: 212.317.1620
cerrington@faillacelaw.com