

# PARDALIS & NOHAVICKA, LLP
## ATTORNEYS

October 5, 2020

**VIA ECF**
Hon. Steven M. Gold
United States Magistrate Judge
Unites States District Court for the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

        RE:    Poulmentis v. Plaza Patisserie, *et al*.
                Docket No. 1:19-cv-05284-ENV-SMG
                <u>MEDIATION STATUS REPORT</u>

To the Honorable Court:

      This office represents Defendants Plaza Patisserie, *et al*. with regard to the above captioned matter. The parties herein correspond jointly to advise the Court of this matter's mediation status.

      On September 23, 2020, the parties engaged in virtual Mediation before Mediator Joseph DiBenedetto, Esq. Mediator DiBenedetto was able to successfully bring the parties to an agreement and the matter was resolved.

      The parties are currently finalizing the Settlement Agreement and supporting documents. We thank the Court for its referral and its attention to this matter.

                Respectfully submitted,

                **PARDALIS & NOHAVICKA, LLP**

                /s/ *Gregory A. Nahas*
                Gregory A. Nahas, Esq. (GN1002)
                *Attorneys for Defendants*
                PLAZA PATISSERIE and CHRIS KOUVAROS
                950 Third Avenue, 25th Floor
                New York, NY 10022
                Tel: 212.213.8511 | Fax: 718.777.0599
                greg@pnlawyers.com

**MICHAEL FAILLACE & ASSOCIATES, P.C.**

/s/ *Clela Errington*
Clela Errington, Esq.
*Attorneys for Plaintiff*
NICHOLAS POULMENTIS
60 East 42nd Street, Ste. 4510
New York, NY 10165
Tel: 212.317.1200 | Fax: 212.317.1620
cerrington@faillacelaw.com