# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

March 30, 2022

**VIA ECF**

Hon. Marcia M. Henry
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　Re:　　Poulmentis v. Plaza Patisserie et al., 19-cv-05284

Your Honor,

　　This office represents Plaintiff Nicholas Poulmentis in the above- referenced matter. On January 13, 2022, the Plaintiffs and Defendants jointly submitted a proposed settlement agreement (the "Agreement") and a letter requesting that the Court approve the Agreement as fair.

　　At the present time, we respectfully inquire as to whether the Court needs additional information in order to reach a decision on the fairness of the Agreement. The parties have amended the agreement as instructed by the Court. Plaintiffs await the Court's instruction as to how to proceed.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CSM Legal, P.C..

　　　　　　　　　　　　　　　　　　/s/ Catalina Sojo
　　　　　　　　　　　　　　　　　　Catalina Sojo, Esq.

cc:　　all counsel via ECF